

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-19-00065-CV

**IN RE** Eugene Walter **HAYENGA**
and Cuatro T. Construction, Inc.

Original Mandamus Proceeding[1]

### ORDER

On February 1, 2019, relators filed a petition for writ of mandamus and a motion for emergency relief. On February 6, 2019, relators filed an unopposed motion to dismiss their petition and motion for emergency relief because the parties reached a settlement in this matter. We grant the motion to dismiss and dismiss the petition for writ of mandamus. The motion for emergency relief is denied as moot.

It is so **ORDERED** on February 13, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 32595, styled *Sarena A. Bautista v. Eugene Walter Hayenga and Cuatro T. Construction, Inc.*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Enrique Fernandez presiding.